# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**SERGIO SHAW,**                                 **JUDGMENT IN A CIVIL CASE**

          **Petitioner,**

                                                                08-cv-302-slc

  **v.**

**GREG GRAMS, Warden,**
**Columbia Correctional Institution,**

          **Respondent.**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the petition of Sergio Shaw for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for petitioner's failure to exhaust his state court remedies.

**THERESA M. OWENS**

Theresa M. Owens, Clerk

Connie A. Korth
by Deputy Clerk                                                           _____6/5/08_____
                                                                                                       Date